[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-16446
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 13, 2010
JOHN LEY
CLERK

D. C. Docket No. 08-00325-CR-J-34HTS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CORNELIUS MURPHY,
a.k.a. Kemo,
a.k.a. Ookie,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 13, 2010)

Before BARKETT, HULL and HILL, Circuit Judges.

PER CURIAM:

A. Russell Smith, appointed counsel for Cornelius Murphy in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Murphy's conviction and sentence are **AFFIRMED**.